IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IRWIN HICKS, JR.,

    Petitioner,

v.                                                                       4:17cv90–WS/CAS

JULIE JONES,

    Respondent.

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed February 21, 2017. The magistrate judge recommends that this action be transferred to the Middle District of Florida. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings.

DONE AND ORDERED this ___21st___ day of ___March___, 2017.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE